UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| THE PEOPLE OF THE STATE OF ILLINOIS, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 04-3205 |
| GLOBAL BENEFITS GROUP CORP., | ) ) | |
| EILEEN DE OLIVEIRA, both individually and in her capacity as General Manager of Global Benefits Corp., and in any other office or position she holds with Global Benefits Group Corp., | ) ) ) ) ) ) ) | |
| LEONARDO DE OLIVEIRA, both individually and in his capacity as President of Global Benefits Group Corp., | ) ) ) ) ) | |
| John Doe 1, d/b/a INTERNATIONAL MARKETING SERVICE and d/b/a MEDICATIONS FOR LESS, and | ) ) ) ) | |
| John Doe 2, d/b/a EURO BANCA, | ) ) | |
| Defendants. | ) | |

**OPINION**

1

RICHARD MILLS, U.S. District Judge

The Court now considers the parties' proposed Final Judgment and Consent Decree.

## FACTS

Plaintiff, the People of the State of Illinois, has filed a Complaint against the Defendants pursuant to the Telemarketing and Consumer Fraud and Abuse Prevention Act, 15 U.S.C. § 6101, *et seq.* (the "Telemarketing Act") and the Illinois Consumer Fraud and Deceptive Business Practices Act, 815 ILCS 505/1 *et seq.* (the "Consumer Fraud Act"). Defendants Global Benefits Group Corp., Eileen De Oliveira, and Leonardo De Oliveira have tendered a Final Judgment and Consent Decree.

The Court has jurisdiction over this matter because it presents a federal question. See 28 U.S.C. § 1331. The parties have agreed that Defendants Global Benefits Group Corp., Eileen De Oliveira, and Leonardo De Oliveira have, at all relevant times, engaged in trade and commerce within the meaning of the Consumer Fraud Act. The

aforementioned Defendants do not admit liability for the violations at issue in the Complaint.

Pursuant to the parties' proposal, the Court orders:

1.  Defendants Global Benefits Group Corp., Eileen De Oliveira, and Leonardo De Oliveira, individually or in concert with one another, and their successors, assigns, officers, agents, servants, employees, and those persons in active concert or participation with Global Benefits Group Corp., Eileen De Oliveira, and Leonardo De Oliveira are hereby permanently enjoined from engaging in the following acts or practices:

    a.  Directly or indirectly providing or facilitating access to checking account debiting services; and

    b.  Providing substantial assistance and support to any seller or telemarketer when they know or consciously avoid knowing that such seller or telemarketer is engaged in a pattern or practice of acts that violate the Telemarketing Act.

2.  Within ten business days of receiving a complaint from or on

behalf of a consumer whose bank account the Global Business Defendants have caused to be debited on behalf of any client or former client of the Global Benefits Defendants shall send the consumer a refund in the full amount of the debit.

3. Upon the Plaintiff's request, the Global Benefits Defendants shall provide the name, address and telephone number of all Illinois consumers to whom a refund has been paid under the preceding paragraph and the date and amount of the refund.

4. The Court enters a judgment in favor of the Plaintiff and against the Global Benefits Defendants and each of them in the amount of $2,500.00. The Global Benefits Defendants shall pay the amount of $2,500.00 as a voluntary contribution to the Attorney General Court Ordered and Voluntary Compliance Payment Projects Fund for Consumer Enforcement and Education. Any such payments may be used by the Illinois Attorney General for any purpose authorized by section 7(e) of the Consumer Fraud Act. See 815 ILCS 505/7(e). Payment shall be in the form of a cashier's check or certified check made payable to the

"Attorney General Court Ordered and Voluntary Compliance Payment Projects Fund for Consumer Enforcement and Education." Payment in the amount of $2,500.00 is due on or before December 19, 2005, and shall be mailed or hand-delivered to the attention of Illinois Attorney General of Illinois, Consumer Fraud Bureau, 500 South Second Street, Springfield, Illinois 62706.

5.  The Court retains jurisdiction over this case for purpose of enforcing the terms of this Final Judgment and Consent Decree.

_Ergo_, this case is CLOSED and may be reopened upon a party's motion to enforce the terms of the consent decree.

IT IS SO ORDERED.

ENTER:  January 30, 2006

FOR THE COURT:              s/ Richard Mills
                            United States District Judge